AN QUOC NGUYEN
NAME

V-93486
PRISON NUMBER

P.O. Box 5102
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Delano, CA., 93216
CITY, STATE, ZIP CODE

FILING FEE PAID ✓
IFP MOTION FILED ✓
COPIES SENT TO
Court ✓   Prose ✓

FILED
JUN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

AN QUOC NGUYEN,
(FULL NAME OF PETITIONER)
                                    PETITIONER

v.

JAMES TILTON,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])
                                    RESPONDENT
                    and

G. BROWN,
The Attorney General of the State of
California, Additional Respondent.

Civil No. '08 CV 1069 JM POR
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: Orange County Superior Court, Santa Ana, CA.

2. Date of judgment of conviction: June 20, 2005

3. Trial court case number of the judgment of conviction being challenged: 05ZF0086

4. Length of sentence: 99 years to Life

CIV 68 (Rev. Dec. 1998)                    ::ODMA\PCDOCS\WORDPERFECT\22833\1

5. Sentence start date and projected release date: _UNKNOWN_

6. Offense(s) for which you were convicted or pleaded guilty (all counts): _187(a), 2-counts of 182(a)(1), 187(a), and 664/187._

7. What was your plea? (CHECK ONE)
   (a) Not guilty ✔
   (b) Guilty •
   (c) Nolo contendere •

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ✔
   (b) Judge only •

9. Did you testify at the trial?
   ✔ Yes  •  No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ✔ Yes  •  No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: _Affirmed_
    (b) Date of result, case number and citation, if known: _2-12-07. G035886_
    (c) Grounds raised on direct appeal: _Insufficient Evidence of Conspiracy to Murder and Murder Convictions, and Attempted Murder. Trial Court Denied Pinpoint Jury Instruction._

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: _Denied_
    (b) Date of result, case number and citation, if known: ____
    (c) Grounds raised: _Insufficient Evidence of Conspiracy to Murder and Murder and Attempted Murder. Trial Court Prejudicially Denied Pinpoint Jury Instruction_

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
    _____
    (c) Grounds raised: _____
    _____
    _____
    _____

### COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    • Yes ✔ No

15. If your answer to #14 was "Yes," give the following information:
    (a) **California Superior Court** Case Number: _____
    (b) Nature of proceeding: _____
    _____
    (c) Grounds raised: _____
    _____
    _____
    _____
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    • Yes • No
    (e) Result: _____
    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    • Yes ✔ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number:_____

    (b) Nature of proceeding: _____
    _____

    (c) Grounds raised: _____
    _____
    _____
    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
     • Yes  • No

    (e) Result: _____

    (f) Date of result: _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
     • Yes ✔ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number:_____

    (b) Nature of proceeding: _____
    _____

    (c) Grounds raised: _____
    _____
    _____
    _____
    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
     • Yes  • No

    (e) Result: _____

    (f) Date of result: _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

    *I Filed A Petition For Review to the California Supreme Court.*

### COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☑ Yes  • No     (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
             • Denied on the merits?
             • Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        • Yes  • No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        • Yes  • No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: THERE IS INSUFFICIENT EVIDENCE OF ANY AGREEMENT TO COMMIT MURDER. THE TWO COUNTS OF CONSPIRACY TO COMMIT MURDER MUST BE REVERSED

Supporting FACTS (state *briefly* without citing cases or law) The evidence produced at trial failed to establish that Petitioner made any agreement to commit murder. The jury's verdict of guilt is, therefore, unconstitutional.

Did you raise GROUND ONE in the California Supreme Court?
✓ Yes • No.

CIV 68 (Rev. Dec. 1998)

::ODMA\PCDOCS\WORDPERFECT\22833\1

(b) GROUND TWO: THERE IS INSUFFICIENT EVIDENCE TO SUPPORT CONCLUSION PETITIONER AIDED AND ABETTED THE SHOOTING — MURDER.

**Supporting FACTS** (state *briefly* without citing cases or law): When the shooting occurred, Petitioner was present in the back seat of the car as merely a passenger. Petitioner never obtained a gun, fired a gun or drove the car from which the shots were fired. Petitioner did not provide backup. Petitioner was a spectator who believed their lives were in danger. Petitioner did nothing that caused or led to the victim's death.

Did you raise GROUND TWO in the California Supreme Court?
☑ Yes • No.

(c) **GROUND THREE**: THERE WAS INSUFFICIENT EVIDENCE TO SUPPORT THE ATTEMPTED MURDER CONVICTION

**Supporting FACTS** (state *briefly* without citing cases or law): Cali, an Asian Crip Boy, smashed Boa's car window, whom was from a rival gang called Asian Gang. Boa asked Petitioner, also from Asian Gang, to go with him to smash Cali's car window. Boa drove to Cali's house. Cali was outside of his car. Cali pointed a gun at Boa and Petitioner. Petitioner ducked down in the front passenger's seat of Boa's car. Boa fired a shot shattering Cali's car window. These facts do not support a conviction of Attempted Murder.

Did you raise GROUND THREE in the California Supreme Court?
✓ Yes • No.

**(d) GROUND FOUR:** THE STATE COURT DENIED THE PINPOINTED DEFENSE JURY INSTRUCTION WHICH WAS PREJUDICIAL

**Supporting FACTS** (state *briefly* without citing cases or law): Petitioner requested the trial court instruct the Jury that "An agreement by two or more persons to lawfully defend themselves from an attack by third parties is not a conspiracy. The trial court refused this pinpoint instruction which was prejudicial.

Did you raise **GROUND FOUR** in the California Supreme Court?
☑ Yes • No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    - Yes ☐  No ☑

24. If your answer to #23 is "Yes," give the following information:

    (a) Name of Court: _____
    (b) Case Number: _____
    (c) Date action filed: _____
    (d) Nature of proceeding: _____

    (e) Grounds raised: _____

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
        - Yes  • No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: CARMELA SIMONCINI; 555 W. Beach Street #300; San Diego, CA., 92101
    (b) At arraignment and plea: DENNIS McNERNEY; 600 S. Main St #900; Orange, CA., 92868
    (c) At trial: DENNIS McNERNEY
    (d) At sentencing: DENNIS McNERNEY
    (e) On appeal: Michael Bacall; 4655 Cass St #300; San Diego
    (f) In any post-conviction proceeding: _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    ✔ Yes • No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    • Yes ✔ No
    (a) If so, give name and location of court that imposed sentence to be served in the future:
    _____
    (b) Give date and length of the future sentence: _____
    _____
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    • Yes ✔ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
    June 11, 2008

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

6-11-08                          /s/ Quoc Nguyen
(DATE)                           SIGNATURE OF PETITIONER

CIV 68 (Rev. Dec. 1998)                        ::ODMA\PCDOCS\WORDPERFECT\22833\1

JS-44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

An Quoc Nguyen

**DEFENDANTS**

Tilton, et al

FILED JUN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

An Quoc Nguyen
PO Box 5102
Delano, CA 93216
V-93486

**ATTORNEYS (IF KNOWN)**

'08 CV 1069 JM POR

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE   6/16/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Nguyen