

cacd_ecfmail@cacd.uscourts.gov
06/30/2008 12:35 PM

To: InterdistrictTransfer_CASD@casd.uscourts.gov
cc:
bcc:
Subject: Transferred case has been opened

```
CASE: 3:08-cv-01069

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
as case 8:08-cv-00719, filed 06/30/2008.
```